# PD-0240-15

## IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS
## NO. ___14___

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

**DANIEL JACOB STINER**
Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the
177TH District Court of
Harris County, Texas;
Trial Cause Number 1290078

## PETITIONER'S MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

DANIEL JACOB STINER, Petitioner in the above cause number, would respectfully request the Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

I.

This appeal lies from Appellant's convictions in *The State of Texas v. Daniel Jacob Stiner*, Cause Number 1290078 in the 177th District Criminal Court of Harris County, Texas. Mr. Stiner was charged with the felony offense of capital murder on March 30, 2011. The State did not seek the death penalty. On December 4, 2013, he entered a plea of not guilty and proceeded to trial by jury. On December 6, 2013, the

jury found Mr. Stiner guilty of capital murder as charged. Mr. Stiner received an automatic sentence by the trial court of life without parole. Appellant's Petition for Discretionary Review is due March 9, 2015. This is Appellant's first request for an extension to file the petition for discretionary review.

## II.

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the PDR. An extension of time is necessary so that the petition for discretionary review can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for ninety days and extend the time for filing the petition until June 8, 2015.

Respectfully submitted,

Mr. Daniel Stiner
TDCJ No. 01902902
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the 23 day of February , 2015:

Mr. Eric Kugler
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

Daniel Jacob Stiner, PRO SE